UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-81188-AMC

HOWARD COHAN,

    Plaintiff,

vs.

CEC ENTERTAINMENT, LLC
a Foreign Limited Liability Company
d/b/a CHUCK E. CHEESE

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, CEC ENTERTAINMENT, LLC, a Foreign Limited Liability Company, d/b/a CHUCK E. CHEESE, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED November 13, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Constantine G. Nickas**
Constantine G. Nickas, Esquire
(866954)
CNickas@WickerSmith.com
WICKER SMITH O'HARA McCOY & FORD, P.A.
2800 Ponce de Leon Blvd., Suite 800
Coral Gables, FL 33134
Telephone: (305) 448-3939 Facsimile: (305) 441-1745
Attorneys for CEC Entertainment, LLC d/b/a Chuck E. Cheese

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**