**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 24-81188-CIV-CANNON**

**HOWARD COHAN,**

    Plaintiff,

v.

**CEC ENTERTAINMENT LLC**
*d/b/a* Chuck E. Cheese**,**

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on November 13, 2024, in which the parties advise that they have settled this matter [ECF No. 10]. The Court has carefully reviewed the file and is fully advised. Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **December 13, 2024**.

2. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 24-81188-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of November 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record