UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-81188-AMC

HOWARD COHAN,

    Plaintiff,

vs.

CEC ENTERTAINMENT, LLC
a Foreign Limited Liability Company
d/b/a CHUCK E. CHEESE

    Defendant(s).
_____/

**JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS**

Pursuant to the Federal and Local Rules of the United States District Court for the Southern District of Florida, Plaintiff, HOWARD COHAN ("Plaintiff"), along with the Defendant, CEC ENTERTAINMENT, LLC, a Foreign Limited Liability Company, d/b/a CHUCK E. CHEESE, ("Defendant") (hereinafter collectively "the Parties") move this Court to enter an Order to an agreed enlargement of time for the Parties to file the required dismissal documents. In support of this motion, the undersigned would state as follows:

1. The above captioned action seeking injunctive relief and attorney's fees under 42 U.S.C. § 12182. Et. Seq. (the "American with Disabilities Act" or "ADA") was filed on September 27, 2024, [D.E.1].

2. The Parties filed a joint notice of settlement on November 13, 2024 [D.E.10]. The Parties requested thirty (30) days to file the appropriate dismissal documents. The Court required the parties to file the appropriate dismissal documents on or before December 13, 2024. [D.E. 11].

3. The Parties continue to actively work towards settling this matter but require additional time to draft and finalize the terms of the settlement and thereafter circulate said

agreement. Additionally, due to vacation plans and the holidays settlement discussions have taken longer than anticipated.

4. Accordingly, the Parties request an extension of time of thirty (30) days from the current deadline up to and including January 12, 2025, for the Parties to finalize settlement terms, execute a settlement agreement, remit settlement payment, and file the appropriate dismissal documents.

5. This motion is not filed for purpose of delay, but to ensure timely compliance with Court deadlines and for good cause shown.

## MEMORANDUM OF LAW

Rule 6 of the Federal Rules of Civil Procedure provides that the Court may extend or enlarge times when justice so requires. In this instance, it is to the benefit of both parties to allow the enlargement of time for the parties to file a Stipulation of Dismissal.

RESPECTFULLY SUBMITTED December 12, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Constantine G. Nickas**
Constantine G. Nickas, Esquire
(866954)
CNickas@WickerSmith.com
WICKER SMITH O'HARA McCOY & FORD, P.A.
2800 Ponce de Leon Blvd., Suite 800
Coral Gables, FL 33134
Telephone: (305) 448-3939 Facsimile: (305) 441-1745
Attorneys for CEC Entertainment, LLC d/b/a Chuck E. Cheese

2

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                               /s/ Gregory S. Sconzo
                                                            **Gregory S. Sconzo, Esq.**